**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellant,*

            v.

HOSSEIN AFSHARI, aka Hosseini
Deklami; MOHAMMAD OMIDVAR;
HASSAN REZAIE; ROYA RAHMANI,
aka Sister Tahmineh; NAVID TAJ,
aka Najaf Eshkoftegi; MUSTAFA
AHMADY; ALIREZA MOHAMAD
MORADI,
            *Defendants-Appellees.*

No. 02-50355

D.C. No.
CR-01-00209-RMT
Central District
of California,
Los Angeles

ORDER

Filed October 20, 2005

Before: Andrew J. Kleinfeld, Kim McLane Wardlaw, and
William A. Fletcher, Circuit Judges.

## ORDER

The opinion filed June 17, 2005, and appearing at 412 F.3d
1071 (9th Cir. 2005), is withdrawn. Pursuant to General Order
5.3.a, an opinion is filed contemporaneously with this order.
With the withdrawal of the opinion, the petition for rehearing
is granted and petition for rehearing en banc is denied as
moot. Subsequent petitions for rehearing and petitions for
rehearing en banc may be filed. Federal Rule of Appellate
Procedure 40 now controls.

14389

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.